Vacated
and Remanded and Memorandum Opinion filed December 3, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00791-CV

____________

 

NEWPORT DEVELOPMENT JOINT VENTURE, RAMPART PROPERTIES,
L.P., NEWPORT FUND L.L.C., AND SAGA LAND, Appellants

 

V.

 

HOBA LAKE HOUSTON GP, L.L.C. AND RON HOLLEY, Appellees

 



 

On Appeal from the 151st District Court

Harris County, Texas

Trial Court Cause No. 2006-68694

 



 

MEMORANDUM
OPINION

This is an appeal from a
judgment signed July 1, 2009.

On November 20, 2009, the parties filed a joint motion to set
aside or vacate the judgment and remand the cause to the trial court for
rendition of judgment in accordance with the parties’ settlement agreement.  See
Tex. R. App. P. 42.1.  The
motion is granted.

Accordingly, we vacate the judgment signed July 1, 2009, and
we remand the cause to the trial court for rendition of judgment in accordance
with the parties’ agreement.

PER CURIAM

 

 

Panel consists of Justices
Yates, Frost, and Brown.